# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Michael Cherry,

    Plaintiff(s),

vs.

Correct Care Solutions, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:10cv628

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 28, 2010 Order.

Signed: December 28, 2010

Frank G. Johns, Clerk
United States District Court